879 A.2d 178

**Nina Marie ST. ANGELO, Respondent,**

v.

**George M. YURKO, Petitioner.**

Supreme Court of Pennsylvania.

July 20, 2005.

466

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of July, 2005, the Petition for Allowance of Appeal is GRANTED; the Order of the Superior Court is REVERSED; the judgment of sentence of the Court of Common Pleas of Allegheny County is VACATED; and this matter is REMANDED to the Court of Common Pleas of Allegheny County for a new hearing on Respondents indirect criminal contempt complaint. *Commonwealth v. Crawford,* 466 Pa. 269, 352 A.2d 52 (1976); *Commonwealth v. Starr,* 541 Pa. 564, 664 A.2d 1326 (1996); Pa.R.Crim. P. 318(c).